# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

FILED

Feb 12 2018

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| THE CBE GROUP, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Case No. ___18-214 C

Judge _____

## THE CBE GROUP, INC.'S RCFC 7.1 FINANCIAL DISCLOSURE STATEMENT

Pursuant to RFCF 7.1, Intervenor, The CBE Group, Inc., Discloses that it is a

wholly-owned subsidiary of CBE Companies, Inc., a private concern.  CBE Companies, Inc.

an Iowa Corporation, is the direct corporate parent.  No publicly held company owns 10% or

more of CBE's stock.

Dated: February 12, 2018

Respectfully submitted,
ROGERS JOSEPH O'DONNELL, P.C.

By:  /s/ Jeffery M. Chiow
Jeffery M. Chiow (Counsel of Record)
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
875 15th Street, NW, Suite 725
Washington, DC 20005
(202) 777-8952 (Telephone)
(202) 347-8429 (Facsimile)
jchiow@rjo.com
*Attorneys for Plaintiff*
*The CBE Group, Inc.*

449402.1